**ORIGINAL**

FILED
07 DEC 19 PM 3:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

BY FAX

1  RICHARD FREY (SBN 174120)
   rfrey@mwe.com
2  DAN CHAMMAS (SBN 204825)
   dchammas@mwe.com
3  JENNIFER FERCOVICH (SBN 235002)
   jfercovich@mwe.com
4  McDERMOTT WILL & EMERY LLP
   2049 Century Park East, Suite 3800
5  Los Angeles, CA 90067
   Telephone:  319.277.4110
6  Facsimile:   319.277.4730

7  Attorneys for Defendant
   JENNY CRAIG INC.

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12  KIM MCBRIDE, TERRY                    CASE NO. '07 CV 2382 BTM RBB
    SALAZAR, TAMMY HELBLE, and
13  NANCY MELLO, individually and         **NOTICE OF PARTIES WITH A
    on behalf of all others similarly     FINANCIAL INTEREST**
14  situated,
                                          **COMPLAINT FILED NOVEMBER
15              Plaintiffs,               21, 2007**

16       v.                               [FEDERAL RULE OF CIVIL
                                          PROCEDURE 7.1 AND LOCAL RULE
17  JENNY CRAIG INC., a Delaware          40.2]
    corporation; JENNY CRAIG
18  DIRECT, INC., a Delaware
    corporation; and DOES 1 through
19  10, inclusive,

20              Defendants.

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of Practice 40.2 for the United States District Court for the Southern District of California, defendant Jenny Craig Inc. hereby provides notice that Jenny Craig Holdings, Inc., Nestle Holdings, Inc. and Nestle S.A., along with the defendant and plaintiffs (named and unnamed) may have a financial interest in this case.

Dated: December 19, 2007

McDERMOTT WILL & EMERY LLP

By: /s/ Richard Frey
Richard Frey
Attorneys for Defendant
JENNY CRAIG INC.

**PROOF OF SERVICE**

I, Karen S. Kimura, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3800, Los Angeles, California 90067-3218. On December 19, 2007, I served a copy of the within document(s):

NOTICE OF PARTIES WITH A FINANCIAL INTEREST

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert Montes, Jr., Esq.
MASS & MONTES LLP
10100 Santa Monica Blvd. Suite 300
Los Angeles, CA 90067

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2007, at Los Angeles, California.

Karen S. Kimura