ORIGINAL

FILED
07 DEC 19 PM 3:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  RICHARD FREY (SBN 174120P)
   rfrey@mwe.com
2  DAN CHAMMAS (SBN 204825)
   dchammas@mwe.com
3  JENNIFER FERCOVICH (SBN 235002)
   McDERMOTT WILL & EMERY LLP
4  2049 Century Park East, Suite 3800
   Los Angeles, CA 90067
5  Telephone:  319.277.4110
   Facsimile:   319.277.4730
6
   Attorneys for Defendant
7  JENNY CRAIG INC.

'07 CV 2382 BTM RBB

BY FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MCBRIDE, TERRY SALAZAR, TAMMY HELBLE, and NANCY MELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JENNY CRAIG INC., a Delaware corporation; JENNY CRAIG DIRECT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF RELATED CASES**<br><br>[LOCAL RULE 40.1(e)]] |

PLEASE TAKE NOTICE that pursuant to Local Rule 40.1(e), defendant Jenny Craig Inc. ("Defendant") hereby gives notice that the above-referenced action is related to the following pending cases:

Defendant informs the Court that this case is related to <u>Dibel et al. v. Jenny Craig International Inc., et al.</u> ("Dibel"), Case No. 873564, filed October 6, 2006. <u>Dibel</u> involves the same underlying alleged wage and hour violations as in this case, and plaintiffs in <u>Dibel</u> seek relief for similar and identical claims.

LAS99 1531317-1.056089.0015

Furthermore, the defendants in each case are either the same entity or a related entity. Currently, <u>Dibel</u> is before the Honorable Judge Janis L. Sammartino. Given the similarities in each case, judicial economy would be served through assignment to a single district court judge.[1]

Dated:   December 19, 2007          McDERMOTT WILL & EMERY LLP

By: _____
Richard Frey
Attorneys for Defendant
JENNY CRAIG INC.

---

[1] This case also is related to <u>Cleaves et al. v. Jenny Craig Inc., et al.</u>; Case No. Bc354904, filed June 30, 2006, in the Superior Court of the State of California for the County of Los Angeles. This case is currently on appeal in the California Court of Appeal.

## PROOF OF SERVICE

I, Karen S. Kimura, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3800, Los Angeles, California 90067-3218. On December 19, 2007, I served a copy of the within document(s):

  NOTICE OF RELATED CASES [LOCAL RULE 40.1(e)]

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert Montes, Jr., Esq.
MASS & MONTES LLP
10100 Santa Monica Blvd. Suite 300
Los Angeles, CA 90067

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2007, at Los Angeles, California.


Karen S. Kimura