MASS & MONTES LLP
Robert Montes, Jr. (State Bar No. 159137)
10100 Santa Monica Boulevard
Suite 300
Los Angeles, California 90067
Telephone: (310) 651-9955
Facsimile: (310) 651-9956

Attorneys for Plaintiffs Kim McBride, Terry Salazar, Tammy Helble, and Nancy Mello on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MCBRIDE, TERRY SALAZAR, TAMMY HELBLE, and NANCY MELLO individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JENNY CRAIG INC., a Delaware corporation; JENNY CRAIG DIRECT, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 07-CV-2372-BTM (RBB) <br><br> DEMAND FOR JURY TRIAL <br> **[FRCP 38]** |

TO THIS HONORABLE COURT AND ALL DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs demand a trial by jury on all issues which may be tried by a jury pursuant to Federal Rule of Civil Procedure 38.

1 | Dated: December 28, 2007

**MASS & MONTES LLP**

By: _____
**Robert Montes, Jr.**
Attorneys for Plaintiffs Kim McBride, Terry Salazar, Tami Helble, and Nancy Mello

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am a resident of the United States, over 18 years of age and am not a party to the within action. My business address is 10100 Santa Monica Blvd., Suite 300, Los Angeles, CA 90067.

On December 31, 2007, I caused to be served the foregoing document described as:

Demand for Jury Trial

__X__ **BY MAIL DELIVERY SERVICE** - I am readily familiar with the firm's practice of mail delivery service. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FACSIMILE SERVICE** - I am readily familiar with the firm's practice of facsimile service. I served the "_____" on the interested parties listed on the attached Proof of Service List on the date listed below and at facsimile telephone numbers

__X__ **BY ELECTRONIC SERVICE VIA CM/ECF SYSTM** – In accordance with the electronic filing procedures of this Court, service has been effected on the parties listed on the Proof of Service List, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

Executed on December 31, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct:

*[signature]*
Antonia Huerta

# PROOF OF SERVICE LIST

*McBride, et al. v. JENNY CRAIG, INC.; et al.*
USDC – Southern District of California
Case No. 07-CV-2382 BTM (RBB)

| **PARTY** | **COUNSEL** |
|---|---|
| Defendants, Jenny Craig, Inc., | Richard Frey, Esq.<br>rfrey@mwe.com<br>Dan Chammas, Esq.<br>dchammas@mwe.com<br>McDERMOTT, WILL & EMERY, LLP<br>2049 Century Park East, Suite 3800<br>Los Angeles, CA 90067 |