cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MCBRIDE, individually and on behalf of all others similarly situated, et al.,<br><br>          Plaintiff,<br>v.<br><br>JENNY CRAIG, INC., a Delaware corporation; JENNY CRAIG DIRECT, INC., a Delaware corporation and DOES 1 through 10,<br><br>          Defendants. | Civil No.07cv2382 JLS (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On February 25, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Robert Montes, Esq., Kim McBride and Tami Helble on behalf of plaintiff; Richard Frey, Esq., Noah Steinsapir, Esq. and Kimberly Mathews on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *March 28, 2008*;

2. The requirement to lodge initial disclosures pursuant to Rule 26(a)(1)(A-D) is hereby waived;

3. A discovery plan shall be lodged with Judge Battaglia on or before *March 28, 2008;* and,

4. Counsel are ordered to appear ***by phone on April 4, 2008 at 9:00 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: February 26, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court