cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MCBRIDE, individually and on behalf of all others similarly situated, et al.,<br><br>    Plaintiff,<br>v.<br><br>JENNY CRAIG, INC., a Delaware corporation; JENNY CRAIG DIRECT, INC., a Delaware corporation and DOES 1 through 10,<br><br>    Defendants. | Civil No.07cv2382 JLS (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

  On April 4, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Robert Montes, Esq. on behalf of plaintiff and Richard Fry, Esq. on behalf of defendant.

  Counsel have met their Rule 26 initial disclosure and conference obligations. Working from the joint discovery plan, a schedule taking the cse through the final pretrial conference was developed.

  Class certification discovery and merits discovery are significantly intertwined. As a result, discovery will proceed in general, with counsel focusing on the class certification related matters first.

  Counsel will file the motion for class certification no later than January 30, 2009. Counsel propose a briefing schedule and hearing date as follows:

  1. January 30, 2009: last day to file a class certification motion;

  2. February 20, 2009: defendant's opposition papers;

  3. March 6, 2009: plaintiff's reply.

1    Counsel would like to have the class certification motion heard on *March 27, 2009 at 10:30 a.m.*
2    *Counsel have been directed that they must schedule that date specifically with Judge Sammartino's*
3    *chambers.*
4    A scheduling setting all of the other dates leading to the final pretrial conference will be issued
5    separately.
6    IT IS SO ORDERED.

9    DATED:  April 10, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court