1  RICHARD FREY (SBN 174120)
   rfrey@mwe.com
2  DAN CHAMMAS (SBN 204825)
   dchammas@mwe.com
3  JENNIFER FERCOVICH (SBN 235002)
   jfercovich@mwe.com
4  McDERMOTT WILL & EMERY LLP
   2049 Century Park East, Suite 3800
5  Los Angeles, CA 90067
   Telephone:  310.277.4110
6  Facsimile:   310.277.4730
   Attorneys for Defendants JENNY CRAIG, INC.
7
   MASS & MONTES LLP
8  Robert Montes, Jr. (SBN 159137)
   10100 Santa Monica Boulevard
9  Suite 300
   Los Angeles, California 90067
10 Telephone:  310.651.9955
   Facsimile:   310.651.9956
11 Attorneys for Plaintiffs KIM MCBRIDE, TERRY SALAZAR, TAMMY
   HELBLE, AND NANCY MELLO on behalf of themselves and all others similarly
12 situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MCBRIDE, TERRY SALAZAR, TAMMY HELBLE, and NANCY MELLO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JENNY CRAIG INC., a Delaware corporation; JENNY CRAIG DIRECT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | CASE NO. 3:07-CV-02382-JLS-AJB<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>**HONORABLE ANTHONY J. BATTAGLIA**<br><br>**Dept. A** |

LAS99 1699086-1.044653.0163

CASE NO. 3:07-CV-02382-JLS-AJB

Plaintiffs KIM MCBRIDE, TERRY SALAZAR, TAMMY HELBLE, and NANCY MELLO (hereinafter "Plaintiffs") and defendant JENNY CRAIG, INC. ("Defendant") by and through their undersigned counsel, hereby jointly move this Court for entry of the PROTECTIVE ORDER signed and dated by attorneys of record in the above entitled matter on September 4, 2008.

Dated:   September 4, 2008          McDERMOTT WILL & EMERY LLP

By: /s/ RICHARD FREY
Richard Frey
Attorneys for Defendant
JENNY CRAIG INC.
E-mail: rfrey@mwe.com

Dated:   September 4, 2008          MASS & MONTES LLP

By: /s/ ROBERT MONTES, JR.
Robert Montes, Jr.
Attorneys for Plaintiffs
KIM MCBRIDE, TERRY SALAZAR, TAMMY HELBLE, AND NANCY MELLO on behalf of themselves and all others similarly situated
E-mail: rmontes@massmontes.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 years and not a party to this legal proceeding. My business address is 2049 Century Park East, Suite 3800, Los Angeles, California 90067-3219.

On September 4, 2008, I served the foregoing document (s) described as JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER on the interested parties of record in the action via the CM/ECF of the United States District Court, Southern District, whose names and e-mail addresses are as follows:

MASS & MONTES LLP
Robert Montes, Jr.
rmontes@massmontes.com
10100 Santa Monica Boulevard
Suite 300
Los Angeles, California 90067

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2008, at Los Angeles, California.

**Karen Kimura**

LAS99 1699221-1.044653.0163